# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| MARCELLOUS WALKER, PAUL CARBONNEAU, KENNEDY WILLIAMS, and on behalf of all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>STATE OF WISCONSIN, JAMES DOYLE, Governor, JOHN VOELKER, Director of State Courts, JOHN AND JANE DOE and all other persons, officers, agents, servants, employees, agencies or political subdivisions, their successors and predecessors, who or which have and/or are aiding, abetting, assisting, acting in active concert, or cooperating with them, et al.,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>**Case No.: 08-cv-233-bbc** |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____        _____6/20/08_____
by Deputy Clerk                                                                              Date